Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5039RBL |
| Plaintiff, | |
| v. | ORDER ISSUING WARRANT OF ARREST |
| KATIE ZARATE-ALTIMARANO, | |
| Defendant. | |

TO: U.S. MARSHAL OR OTHER AUTHORIZED FEDERAL AGENT

YOU ARE COMMANDED TO arrest KATIE ZARATE-ALTIMARANO, and bring her forthwith before the United States District Court for the Western District of Washington.

DATED this 1st day of July, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Douglas B. Whalley*
DOUGLAS B. WHALLEY
Assistant United States Attorney
Washington State Bar No. 4625
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-4882
Fax: (206) 553-4440
E-mail: Douglas.Whalley@usdoj.gov

ORDER ISSUING WARRANT OF ARREST- PAGE 1
ZARATE-ALTIMARANO / CR06-5039RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970